PG. 1

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAY 20 2024
ARTHUR JOHNSTON
BY_____ DEPUTY

May, 15 2024

3:24-CV-286-DPJ-ASH

To Whom may Concern,

My name is Van Buth and I am writing in regards of my Constitutional Rights being Violated. I am currently detained in Scott County detention center on pend charges of Aggravated Trafficking, with a bond of $500,000.

Constitutional Rights Scott County have Violated.

* The 5TH, 9TH and 14TH Amendment Due process and constitution shall not be construed to deny. I have been in Scott County for 6 months and have not went to a Preliminary hearing. From May 5TH till now I have no communacation with family, friends, and Lawyer. Also I have not had a bond reduction for 6 months.

* Also my 8TH Amendment has been Violated. Excessive Bail Cruel and unusal punishment. My Bail is set a $500,000 dollars when I first came and still the same from 6 months ago.

PG 2

Scott County has taken all Communacation as punishment to me and B-unit. Date of Communacation taken is May, 5TH 2024. They also only give 4 tissue for 40 people.

I call Scott County detention center Camera's as witness for all rights violated.

I have exhasted all my remedies and nothing was done. For my pain, suffering, Time and stress I would like $10 million dollars and have Scott County Judical System investigated.

Sincerly,
Van Buth